ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

LEIF DAUTCH (CABN 283975)
GEORGE O. HAGEMAN (CABN 332457)
AMANI S. FLOYD (CABN 301506)
Assistant United States Attorneys

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7534
      Fax: (415) 436-7234
      Leif.Dautch@usdoj.gov
      George.Hageman@usdoj.gov
      Amani.Floyd@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 5:24-CR-00226-BLF-001 |
| Plaintiff, | ) UNITED STATES' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRETRIAL DETENTION |
| v. | ) |
| GIL VASQUEZ aka "Rhino," | ) Date:    May 8, 2024 (Detention Hearing) |
| Defendant. | ) Time:    1:00 p.m. |
| | ) Court:  Honorable Nathanael Cousins |

GOVERNMENT DETENTION MEMORANDUM
5:24-CR-00226-BLF-001

## I.    __INTRODUCTION__

In an indictment unsealed on May 2, 2024, the Grand Jury charged 11 members of the Salinas Acosta Plaza (SAP) Norteño criminal street gang with Racketeering Conspiracy in violation of 18 U.S.C. § 1962(d).  As outlined in the 37 overt acts listed in the indictment, the government alleges that this violent street gang is responsible for at least eight murders and ten attempted murders, as well as dozens of other shootings, robberies, and assaults.  The government also alleges that the gang is heavily involved in firearms trafficking, drug trafficking, and witness intimidation.  For years, the gang has occupied and terrorized a multi-family apartment complex in East Salinas.  Their victims have included women and children, unhoused residents of a nearby encampment, actual and perceived gang rivals, and those who attempted to leave the gang lifestyle behind them.

Defendant Gil Vasquez should be detained pending trial based on his danger to the community and risk of flight.  *See* 18 U.S.C. § 3142(e)(1).  This memo begins with a brief overview of the charged criminal enterprise, but the bulk of the memo consists of a defendant-specific analysis of Vasquez' criminal conduct and the unmitigable risk he poses to the community, including his numerous prior convictions for crimes of violence and position of leadership within the gang.  The government's allegations herein are supported by the Grand Jury's findings in the indictment, as well as an initial production of discovery that was provided to the defendant at his arraignment on May 2, 2024.

## II.    __LEGAL STANDARDS__

Under the Bail Reform Act of 1984, the Court must detain a defendant before trial without bail where "no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community."  18 U.S.C. § 3142(e)(1).  Detention is appropriate where a defendant is either a danger to the community or a flight risk; the government need not prove that both factors are present.  *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).  A defendant's danger to the community must be supported by clear and convincing evidence, but a defendant's flight risk need only be supported by a preponderance of the evidence.  *Id.*

"[T]he Bail Reform Act mandates an individualized evaluation guided by the factors articulated in [18 U.S.C.] § 3142(g)."  *United States v. Diaz-Hernandez*, 943 F.3d 1196, 1199 (9th Cir. 2019).  Those factors are: (i) the nature and circumstances of the offense charged; (ii) the weight of the evidence against

GOVERNMENT DETENTION MEMORANDUM          1
5:24-CR-00226-BLF-001

the defendant; (iii) the history and characteristics of the defendant, including the defendant's character, physical and mental condition, family and community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings, as well as whether the crime was committed while the defendant was on probation or parole; and (iv) the nature and seriousness of the danger to any person or to the community that would be posed by the defendant's release. *See* 18 U.S.C. § 3142(g); *United States v. Winsor*, 785 F.2d 755, 757 (9th Cir. 1986).

The rules of evidence do not apply at a detention hearing. 18 U.S.C. § 3142(f). It is well-settled that at a detention hearing, the government may present evidence by way of an evidentiary proffer sufficient to make the court aware of the defendant's role in the offense, the weight of the evidence, and other relevant factors. *See, e.g.*, *United States v. Salerno*, 481 U.S. 739, 743 (1987).

## III.    THE ENTERPRISE: SALINAS ACOSTA PLAZA NORTEÑOS

The criminal enterprise charged in the indictment is the Salinas Acosta Plaza (SAP) Norteño criminal street gang. Originating in the 1990's in the Acosta Plaza apartment complex in East Salinas, the gang has terrorized the families and individuals living in and around the complex, claiming the area as its home turf. Four of the charged defendants (Vasquez, Ramirez, Hernandez, and Alvarez) have served as the gang's "Channel," a liaison between the street gang and the incarcerated Nuestra Familia leadership that oversees Norteño street gangs throughout the Bay Area. These Channels collect gang dues, with which they purchase firearms and narcotics for the gang to sell, and either approve or ratify criminal activity like gang shootings. Many of these shootings are targeted at perceived rival Sureño gang members, but SAP members have also killed non-affiliated members of the community, including unhoused people who reside in the undeveloped Carr Lake area adjacent to Acosta Plaza.

As alleged in the indictment, SAP gang members have engaged in the following categories of racketeering activities: murders, attempted murders, murder solicitation, robbery, drug trafficking, firearms trafficking, and witness retaliation and intimidation. Detailed here are just some of the violent crimes committed in recent years by SAP members against vulnerable members of the community:

### A.    Murder and Attempted Murder on May 1, 2020

On May 1, 2020, Salinas PD Officers were dispatched to three victims of a shooting in the homeless encampments near Carr Lake, just behind the Acosta Plaza complex. One victim died on scene,

GOVERNMENT DETENTION MEMORANDUM    2
5:24-CR-00226-BLF-001

and two additional victims survived. The investigation revealed that approximately five subjects approached the victims and identified themselves as "Acosta Plaza," before two of the suspects shot the victims. Salinas PD was able to identify one of the shooters as John Barriga, a documented SAP member. One of the surviving victims picked Barriga out of a lineup and identified him as a shooter. On August 23, 2022, Barriga pled guilty in state court to voluntary manslaughter with a gang allegation and was sentenced to 25 years in prison. The additional suspects are still unidentified.

### B.       Murder and Attempted Murder on September 20, 2020

On September 20, 2020, Salinas PD Officers were dispatched to two victims of a shooting in the homeless encampments near Carr Lake, just behind the Acosta Plaza complex. One victim was pronounced dead on scene, and one additional victim survived. The surviving victim said that four individuals had approached, asked if he was in a gang, and ordered him to take off his shirt so they could check for gang tattoos. After accusing the victim's tattoo of being gang-related, they marched the two victims at gunpoint to a different area and shot them both in the head.

### C.       Murder on March 23, 2021

On March 23, 2021, Salinas PD Officers were dispatched to a victim of a shooting in the homeless encampments near Carr Lake, just behind the Acosta Plaza complex. The victim was pronounced dead on scene from multiple gunshot wounds to the chest. Approximately 10 feet away from the victim's body, officers located a loaded magazine and several fired casings. The investigation revealed that two suspects identified themselves as police and made the victim show them his tattoos prior to shooting him. One witness noted that the victim was not "allowed" in the area because he was previously a gang member in El Salvador (but no longer active). The magazine and fired cartridge casings were later processed for DNA. Two DNA profiles were located on unspent rounds inside of the magazine, and they matched those of SAP members Ivan Barriga (currently in state custody) and Salvador Mexicano (charged here).

### D.       Attempted Murder on January 23, 2023

On January 23, 2023, Salinas PD Officers were dispatched to a ShotSpotter activation showing 27 rounds fired in the area of 1041 Sieber Street, one block away from Acosta Plaza. Upon arrival, officers located two intended victims, both documented Sureño gang associates. Neither victim was hit by gunfire. The investigation revealed that the victims got into an argument with several males in a white BMW, and

GOVERNMENT DETENTION MEMORANDUM       3
5:24-CR-00226-BLF-001

the BMW followed them to Sieber Street. Minutes later, two males approached Sieber Street, from the area of Acosta Plaza, yelled "Plaza boys" and opened fire, firing 31 rounds at the victims. The males then fled on foot, back towards Acosta Plaza. Salinas PD determined that the BMW mentioned was a white BMW associated with SAP members Jesus Saldana (currently in state custody facing a murder charge) and Jose Saldana (charged here).

### E.    Attempted Murder on April 3, 2023

On April 3, 2023, Salinas PD Officers were dispatched to a ShotSpotter activation of nine rounds at 1036 N. Sanborn Rd. Upon arrival, officers located three fired cartridge casings in the street, and observed eight bullet strikes to the apartment complex at 1036 N. Sanborn Rd. Officers canvassed the area for video and obtained video surveillance of a white BMW fleeing the scene just seconds after the shooting. The BMW's license plate matched that of a white BMW associated with SAP members Jesus Saldana (currently in state custody facing a murder charge) and Jose Saldana (charged here).

### F.    Murder and Attempted Murder on May 20, 2023

On May 20, 2023, Salinas PD Officers were dispatched to a ShotSpotter activation of 25 rounds of fully automatic gunfire near 824 Garner Avenue. Upon arrival, they found a deceased male victim suffering from multiple gunshot wounds, a surviving male victim shot twice, as well as a female victim in a nearby apartment hit by a stray bullet. The female victim was hit in the spine. Her six-year-old daughter provided minimal medical attention until she was able to be transported to the hospital. She survived but is paralyzed. Surveillance video showed SAP member Abel Perez's vehicle near the shooting, and two shooters running near the shooting. Officers found two firearms, one of which was a Glock converted into a fully automatic firearm, hidden in an electrical box in Acosta Plaza. Also, in the box, was a black hat matching the hat worn by one of the shooters with Ivan Barriga's DNA on it. Both Barriga and Perez were later charged with homicide with gang enhancements.

### G.    Witness Intimidation from July 2023 to November 2023

On July 12, 2023, a Molotov cocktail was thrown into 914 Acosta Plaza #97 while the family was asleep. The family, not known to be affiliated with SAP, reported the incident to police and moved out soon after. Around August 11, 2023, while the same unit #97 was vacant, somebody broke into the unit and vandalized it with graffiti saying "rata" (i.e., rat), "SAP," and "snitch fat fuck." On November 13,

2023, Raul Coronel (charged here) got into an argument with the owner of unit #97 for attempting to have Coronel's car towed from unit #97's parking spot. In the course of the argument, Coronel threatened the man, making a statement implying that what happened to the unit in July might happen again.

 

 

### H. Seizure of 97 Firearms on January 18, 2024

On January 18, 2024, Salinas PD Officers executed a search warrant at the home of SAP member Juan Perez at 918 Acosta Plaza #74. Surveillance footage had shown suspected SAP members running to and from this apartment around the time of several recent shootings, leading law enforcement to believe that it was used by SAP in their violent activities. Inside, officers found 97 handguns, shotguns, and rifles.



## IV.  ARGUMENT

Vasquez is a former and current SAP channel whose violent criminal history includes convictions for robbery at knifepoint and a shooting.  Though incarcerated for much of the time period described in this indictment, he continued to call shots for the gang while incarcerated, and resumed his position upon his release in late 2023.  He encourages younger members to commit acts of violence.

### A.  Danger to the Community

#### 1.  *Vasquez has a long association with SAP before, during, and after incarceration*

Vasquez is a longtime SAP member and leader.  In a culture where tattoos are earned for loyalty and criminal acts on behalf of the gang, Vasquez has a mosaic: a full "Salinas Acosta Plaza" across his chest and stomach, "900" on his left arm (a reference to the gang's home turf on the 900 block of Acosta Plaza), "SAP" on his right arm, "Norteño" on his back, "N" on his neck, and "187" on his index finger (a reference to the California statute for murder).  His Instagram handle (bleuskennel9) is a reference to the 900 block.  He can be seen throwing up gang signs (e.g., "A" and "P"), wearing red, and associating with co-defendant SAP members even while incarcerated (e.g., the left picture shows Vasquez throwing a gang sign in a call with co-defendant Juan Alvarez).  He registered as a "Northerner" "from Acosta Plaza" with the Salinas Police Department (SPD) on December 11, 2023, after serving approximately 8 years in prison for assault with a firearm, assault with force likely to produce great bodily injury, and a gang enhancement.

  

#### 2.  *Vasquez is a leader and violence driver*

Vasquez was a channel (leader) of SAP prior to his incarceration and continued to hold a leadership position from state prison.  For example, Instagram records show Vasquez receiving thousands of dollars

in his CashApp account on behalf of other inmates in the three months prior to his release in late 2023. He also controlled where those on the street sent their gang dues. For instance, on July 31, 2022, he told SAP member Marco Sanchez that "it goes to chito from now on" (a reference to co-defendant Lorenzo Garcia), adding that the directive comes "from the homies who are from the hood been from the hood and are for the hood." In this gang, as with many others, the one who controls the money wields the power.

As yet another example, on July 19, 2022, Vasquez asked co-defendant and then-channel Sergio Hernandez for "a roster of all homies out in the street claiming to be from our hood," presumably to enforce membership and discipline inside the prison. Norteño leaders in custody traditionally will run verifications (almost like employment background checks) on new inmates to see if they are in good standing to be in the Norteño pod inside the custodial facility; if not, they are disciplined or "removed." Later, Vasquez even scolded Hernandez for what Vasquez believed was weak leadership, complaining that SAP members are not properly paying their dues and are loyal to Hernandez instead of to the gang.

As yet another example, Vasquez continued to encourage acts of violence even while in custody for an act of violence himself. On May 15, 2022, he directed SAP member Marco Sanchez to retaliate against those who had assaulted another SAP member, saying: "tell the homies to put a strap in one of there mouths for me . . . the niggas that jumped aj . . . put a strap in there mouth foo after u guys sleep them . . . exactly bro that's our family they touched and jacked."

### 3. *Vasquez has committed numerous acts of violence himself*

#### a. Robbery on July 8, 2014

On July 8, 2014, a victim reported to the SPD that he had been in his vehicle parked on the street when a white Chevy truck (with a toolbox and a license plate ending in 282) pulled up alongside him. A man exited the passenger seat and demanded "everything he had," brandishing a knife or firearm with a wooden handle in his waistband. The victim handed over his phone and $80 in cash, and the man got back into the truck and left. Officers eventually found Vasquez in a nearby fish and chips restaurant. He was sweaty, nervous, bleeding, and did not have any ID. The restaurant employees confirmed that Vasquez had run in, gone to the bathroom, then emerged (clearly looking for police), then ordered food and appeared to be waiting for the police to leave. Officers also found the suspect vehicle. Back at the station, Vasquez managed to quickly flush a plastic bindle of something down the toilet before officers

GOVERNMENT DETENTION MEMORANDUM 7
5:24-CR-00226-BLF-001

could fully search him.  The victim positively identified Vasquez as the robber during an in-field lineup; he also positively identified the suspect vehicle, which was associated with Salinas East Market Norteño Joshua Nunez.  The suspect vehicle contained the victim's phone, a second phone containing photos of Joshua Nunez, and a knife with a wooden handle (no useable fingerprints or DNA).  Vasquez pled no contest to the grand theft charge and was sentenced to 8 months in prison, to be served consecutive to his longer sentence for assault in February 2016 (see below).

b.    Attempted Murder on February 25, 2016

On February 25, 2016, four men entered the courtyard of a Sureño-associated residence where the victim and others were playing cards with two women.  The victim said he used to associate with Sureños and believed the armed men were Norteños.  One man carried a shotgun (and racked it), one man carried a handgun (a 9mm according to the victim), one man carried a revolver, and one man carried nothing.  The man with the revolver pistol-whipped the victim in the face, breaking his tooth.  The suspects appeared to be looking for someone else ("Edgar"), but nevertheless started ripping off the victim's clothes to see if he had tattoos and asked him if he "banged."  The victim got up to run, at which point he was shot in the back by one of the men.  SPD found three fired bullets and two casings (both from the same firearm).

Witnesses reported hearing 2-4 gunshots.  One witness reported seeing Salinas East Market Norteño Joshua Nunez (the registered owner of the car Vasquez used in the robbery above) approaching the residence just before the shooting.  Nunez lived down the street and had previously intimidated the residents of the house (including one instance where he walked into the residence and pointed a pistol in their face).  The victim told SPD that after he was shot he received an anonymous phone call from a woman who said that two of the suspects had come from the nearby pink-colored residence with a black Malibu in the driveway; the victim refused to provide the phone number and became generally uncooperative.  Officers found the house matching the description and noted a prior police incident where Nunez stood nearby as officers searched the house and found firearms.  Officers also found the Malibu, which was registered to Gil Vasquez.

One witness who was present said she saw two men with black Glocks (one of whom held the gun to the victim's head) and another man with a shotgun.  The witness saw the man with the shotgun start shooting.  She tried to run, but then returned to assist the victim after he had been shot.  She later identified

both Vasquez and Nunez in photo lineups, specifically identifying Vasquez as the one who held the gun to the victim's head and pistol-whipped him.

A different witness ("Edgar") believed the suspects had been looking for him. He recounted that five days earlier, he had entered Vasquez and Nunez's backyard while running from police. They angrily told him they were Norteños and that he was not allowed to live on the street anymore. When he refused to leave, Vasquez and Nunez came to the house, beat him, and threatened to stab his pregnant girlfriend. Vasquez and Nunez said that they had one week to leave and that they (Vasquez and Nunez) would come back every day until they left. Vasquez and Nunez also said that they would kill them if they reported the assault to the police, and specifically told the pregnant girlfriend that they were going to "stab every part of [her]." "Edgar" and the girlfriend positively identified Vasquez and Nunez in a photo lineup. The girlfriend also confirmed Vasquez as the one who pistol-whipped the victim on the day of the shooting.

Vasquez pled no contest to assault with a firearm, assault with force likely to produce great bodily injury, and a gang enhancement. He agreed that the factual basis for the plea could be found in the associated police report and was sentenced to 15 years in prison.

c.      Other threatening activity

On October 4, 2014, the SPD officer who had investigated the July 2014 robbery was off-duty ordering food at a deli with his family. Vasquez was already inside. Two other men walked in and spoke with Vasquez. The SPD officer waited for his food, then hurried his family out of the deli and back to their car. The family departed in one vehicle, while the SPD officer waited from a distance and observed Vasquez standing in an intimidating manner and appearing to record the family's car's license plate (and then convey that information to someone on the phone). The SPD officer also observed a different car with someone on the phone (possibly with Vasquez) appearing to follow the officer's family's car.

On February 24, 2007, a woman informed SPD that she received two threatening calls from her ex-boyfriend and Vasquez in which both men threatened to kill her for vandalizing Vasquez's vehicle. SPD contacted Vasquez, who was drunk and denied making the threats. However, the ex-boyfriend's brother later told police that Vasquez was upset about his car and wanted the woman to pay damages.

Furthermore, on May 2, 2024, after the arrests in the instant case, Vasquez was observed banging on the glass of his holding cell ordering other arrested SAP members not to talk to law enforcement.

GOVERNMENT DETENTION MEMORANDUM      9
5:24-CR-00226-BLF-001

4.    *No condition or combination of conditions can ensure the safety of the community*

Vasquez is a longtime SAP member and leader.  He has committed numerous acts of violence (and threats of violence) himself, and encourages others to do the same.  He also has two prior convictions for violent activity and continued to hold a leadership role while incarcerated for those prior acts.  Considering all of the above, the government submits that there is no condition or combination of conditions that can reasonably assure the safety of any other person and the community.

**B.    Risk of Flight**

Vasquez has proven that he cannot abide by court orders.  In July 2015, he was arrested for failure to appear on a felony charge.  Later, even under the microscope that is incarceration, he continued to take a leadership role within the gang.  After his release in late 2023, he resumed his leadership role and reportedly has encouraged acts of violence by younger members of the gang.  His high rank within SAP, and the respect he has garnered within the broader Norteño umbrella, gives him the resources and network to facilitate flight.  Additionally, he faces a potentially lengthy sentence in the federal racketeering case—likely longer than any sentence he has previously served—which creates a strong incentive for him to flee.  *See United States v. Gebro*, 948 F.2d 1118, 1122 (9th Cir. 1991) (strong evidence of guilt "makes it more likely that he will flee").  The preponderance of the evidence supports finding that no combination of conditions can ensure his return to court as ordered if he were to be released.

**V.    CONCLUSION**

Given the lack of conditions that can reasonably assure the safety of the community, or ensure his appearance at future court hearings, the government respectfully requests that the defendant be detained pending trial.

DATED:  May 6, 2024                                           Respectfully submitted,

                                                             ISMAIL J. RAMSEY
                                                             United States Attorney


                                                             */s/*_____
                                                             LEIF DAUTCH
                                                             GEORGE O. HAGEMAN
                                                             AMANI S. FLOYD
                                                             Assistant United States Attorney

GOVERNMENT DETENTION MEMORANDUM        10
5:24-CR-00226-BLF-001