ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

LEIF DAUTCH (CABN 283975)
GEORGE O. HAGEMAN (CABN 332457)
AMANI S. FLOYD (CABN 301506)
Assistant United States Attorneys

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7534
      Fax: (415) 436-7234
      Leif.Dautch@usdoj.gov
      George.Hageman@usdoj.gov
      Amani.Floyd@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:24-CR-00226-BLF-004 |
| Plaintiff, | UNITED STATES' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRETRIAL DETENTION |
| v. | |
| JUAN ALVAREZ aka "Yogi," | Date:    May 8, 2024 (Detention Hearing) |
| Defendant. | Time:    1:00 p.m. |
| | Court:   Honorable Nathanael Cousins |

GOVERNMENT DETENTION MEMORANDUM
5:24-CR-00226-BLF-004

## I.    <u>INTRODUCTION</u>

In an indictment unsealed on May 2, 2024, the Grand Jury charged 11 members of the Salinas Acosta Plaza (SAP) Norteño criminal street gang with Racketeering Conspiracy in violation of 18 U.S.C. § 1962(d).  As outlined in the 37 overt acts listed in the indictment, the government alleges that this violent street gang is responsible for at least eight murders and ten attempted murders, as well as dozens of other shootings, robberies, and assaults.  The government also alleges that the gang is heavily involved in firearms trafficking, drug trafficking, and witness intimidation.  For years, the gang has occupied and terrorized a multi-family apartment complex in East Salinas.  Their victims have included women and children, unhoused residents of a nearby encampment, actual and perceived gang rivals, and those who attempted to leave the gang lifestyle behind them.

Defendant Juan Alvarez should be detained pending trial based on his danger to the community and risk of flight.  *See* 18 U.S.C. § 3142(e)(1).  This memo begins with a brief overview of the charged criminal enterprise, but the bulk of the memo consists of a defendant-specific analysis of Alvarez's criminal conduct and the unmitigable risk he poses to the community, including his leadership status with the gang and prior acts of violence.  The government's allegations herein are supported by the Grand Jury's findings in the indictment, as well as an initial production of discovery that was provided to the defendant at his arraignment on May 2, 2024.

## II.    <u>LEGAL STANDARDS</u>

Under the Bail Reform Act of 1984, the Court must detain a defendant before trial without bail where "no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community."  18 U.S.C. § 3142(e)(1).  Detention is appropriate where a defendant is either a danger to the community or a flight risk; the government need not prove that both factors are present.  *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).  A defendant's danger to the community must be supported by clear and convincing evidence, but a defendant's flight risk need only be supported by a preponderance of the evidence.  *Id.*

"[T]he Bail Reform Act mandates an individualized evaluation guided by the factors articulated in [18 U.S.C.] § 3142(g)."  *United States v. Diaz-Hernandez*, 943 F.3d 1196, 1199 (9th Cir. 2019).  Those factors are: (i) the nature and circumstances of the offense charged; (ii) the weight of the evidence against

GOVERNMENT DETENTION MEMORANDUM          1
5:24-CR-00226-BLF-004

the defendant; (iii) the history and characteristics of the defendant, including the defendant's character, physical and mental condition, family and community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings, as well as whether the crime was committed while the defendant was on probation or parole; and (iv) the nature and seriousness of the danger to any person or to the community that would be posed by the defendant's release.  *See* 18 U.S.C. § 3142(g); *United States v. Winsor*, 785 F.2d 755, 757 (9th Cir. 1986).

The rules of evidence do not apply at a detention hearing.  18 U.S.C. § 3142(f).  It is well-settled that at a detention hearing, the government may present evidence by way of an evidentiary proffer sufficient to make the court aware of the defendant's role in the offense, the weight of the evidence, and other relevant factors.  *See, e.g.*, *United States v. Salerno*, 481 U.S. 739, 743 (1987).

### III.      THE ENTERPRISE: SALINAS ACOSTA PLAZA NORTEÑOS

The criminal enterprise charged in the indictment is the Salinas Acosta Plaza (SAP) Norteño criminal street gang.  Originating in the 1990's in the Acosta Plaza apartment complex in East Salinas, the gang has terrorized the families and individuals living in and around the complex, claiming the area as its home turf.  Four of the charged defendants (Vasquez, Ramirez, Hernandez, and Alvarez) have served as the gang's "Channel," a liaison between the street gang and the incarcerated Nuestra Familia leadership that oversees Norteño street gangs throughout the Bay Area.  These Channels collect gang dues, with which they purchase firearms and narcotics for the gang to sell, and either approve or ratify criminal activity like gang shootings.  Many of these shootings are targeted at perceived rival Sureño gang members, but SAP members have also killed non-affiliated members of the community, including unhoused people who reside in the undeveloped Carr Lake area adjacent to Acosta Plaza.

As alleged in the indictment, SAP gang members have engaged in the following categories of racketeering activities:  murders, attempted murders, murder solicitation, robbery, drug trafficking, firearms trafficking, and witness retaliation and intimidation.  Detailed here are just some of the violent crimes committed in recent years by SAP members against vulnerable members of the community:

#### A.      Murder and Attempted Murder on May 1, 2020

On May 1, 2020, Salinas PD Officers were dispatched to three victims of a shooting in the homeless encampments near Carr Lake, just behind the Acosta Plaza complex.  One victim died on scene,

GOVERNMENT DETENTION MEMORANDUM      2
5:24-CR-00226-BLF-004

and two additional victims survived. The investigation revealed that approximately five subjects approached the victims and identified themselves as "Acosta Plaza," before two of the suspects shot the victims. Salinas PD was able to identify one of the shooters as John Barriga, a documented SAP member. One of the surviving victims picked Barriga out of a lineup and identified him as a shooter. On August 23, 2022, Barriga pled guilty in state court to voluntary manslaughter with a gang allegation and was sentenced to 25 years in prison. The additional suspects are still unidentified.

**B.     Murder and Attempted Murder on September 20, 2020**

On September 20, 2020, Salinas PD Officers were dispatched to two victims of a shooting in the homeless encampments near Carr Lake, just behind the Acosta Plaza complex. One victim was pronounced dead on scene, and one additional victim survived. The surviving victim said that four individuals had approached, asked if he was in a gang, and ordered him to take off his shirt so they could check for gang tattoos. After accusing the victim's tattoo of being gang-related, they marched the two victims at gunpoint to a different area and shot them both in the head.

**C.     Murder on March 23, 2021**

On March 23, 2021, Salinas PD Officers were dispatched to a victim of a shooting in the homeless encampments near Carr Lake, just behind the Acosta Plaza complex. The victim was pronounced dead on scene from multiple gunshot wounds to the chest. Approximately 10 feet away from the victim's body, officers located a loaded magazine and several fired casings. The investigation revealed that two suspects identified themselves as police and made the victim show them his tattoos prior to shooting him. One witness noted that the victim was not "allowed" in the area because he was previously a gang member in El Salvador (but no longer active). The magazine and fired cartridge casings were later processed for DNA. Two DNA profiles were located on unspent rounds inside of the magazine, and they matched those of SAP members Ivan Barriga (currently in state custody) and Salvador Mexicano (charged here).

**D.     Attempted Murder on January 23, 2023**

On January 23, 2023, Salinas PD Officers were dispatched to a ShotSpotter activation showing 27 rounds fired in the area of 1041 Sieber Street, one block away from Acosta Plaza. Upon arrival, officers located two intended victims, both documented Sureño gang associates. Neither victim was hit by gunfire. The investigation revealed that the victims got into an argument with several males in a white BMW, and

GOVERNMENT DETENTION MEMORANDUM          3
5:24-CR-00226-BLF-004

the BMW followed them to Sieber Street. Minutes later, two males approached Sieber Street, from the area of Acosta Plaza, yelled "Plaza boys" and opened fire, firing 31 rounds at the victims. The males then fled on foot, back towards Acosta Plaza. Salinas PD determined that the BMW mentioned was a white BMW associated with SAP members Jesus Saldana (currently in state custody facing a murder charge) and Jose Saldana (charged here).

### E.    Attempted Murder on April 3, 2023

On April 3, 2023, Salinas PD Officers were dispatched to a ShotSpotter activation of nine rounds at 1036 N. Sanborn Rd. Upon arrival, officers located three fired cartridge casings in the street, and observed eight bullet strikes to the apartment complex at 1036 N. Sanborn Rd. Officers canvassed the area for video and obtained video surveillance of a white BMW fleeing the scene just seconds after the shooting. The BMW's license plate matched that of a white BMW associated with SAP members Jesus Saldana (currently in state custody facing a murder charge) and Jose Saldana (charged here).

### F.    Murder and Attempted Murder on May 20, 2023

On May 20, 2023, Salinas PD Officers were dispatched to a ShotSpotter activation of 25 rounds of fully automatic gunfire near 824 Garner Avenue. Upon arrival, they found a deceased male victim suffering from multiple gunshot wounds, a surviving male victim shot twice, as well as a female victim in a nearby apartment hit by a stray bullet. The female victim was hit in the spine. Her six-year-old daughter provided minimal medical attention until she was able to be transported to the hospital. She survived but is paralyzed. Surveillance video showed SAP member Abel Perez's vehicle near the shooting, and two shooters running near the shooting. Officers found two firearms, one of which was a Glock converted into a fully automatic firearm, hidden in an electrical box in Acosta Plaza. Also, in the box, was a black hat matching the hat worn by one of the shooters with Ivan Barriga's DNA on it. Both Barriga and Perez were later charged with homicide with gang enhancements.

### G.    Attempted Murder on June 24, 2023

On June 24, 2023, Salinas PD Officers were dispatched to a ShotSpotter activation for a single shot at 916 Acosta Plaza #17. The victim reported that he and his nephew were hanging out near the apartment when a white sedan approached. The driver stayed inside, while a male and a female got out. The male asked if they wanted to buy "product" (likely cocaine) and gave a free sample. The victim

claimed it was just flour.  An argument ensued.  The male brandished a firearm and fired one round at the victim's face, then kicked him, returned to the car, and fled.  At the hospital, doctors were unable to determine conclusively whether the injury to the victim's face was caused by a bullet strike or by a pistol-whipping or other blunt force trauma.  Instagram records show that Raul Coronel (charged in this indictment) sent SAP member Marco Sanchez a/k/a "Cooks" a screenshot of a news article about the shooting the next day.  Coronel said: "making it seem like you active cooks" and "ur good mann," to which Sanchez responded: "hahaha" and "if I wanted them dead they would have been."  Coronel responded: "not the paisano" and "lol."  Call detail records put them both in the area at the time.

### H.    Witness Intimidation from July 2023 to November 2023

On July 12, 2023, a Molotov cocktail was thrown into 914 Acosta Plaza #97 while the family was asleep.  The family, not known to be affiliated with SAP, reported the incident to police and moved out soon after.  Around August 11, 2023, while the same unit #97 was vacant, somebody broke into the unit and vandalized it with graffiti saying "rata" (i.e., rat), "SAP," and "snitch fat fuck."  On November 13, 2023, Raul Coronel (charged here) got into an argument with the owner of unit #97 for attempting to have Coronel's car towed from unit #97's parking spot.  In the course of the argument, Coronel threatened the man, making a statement implying that what happened to the unit in July might happen again.

 

 

## I.    Seizure of 97 Firearms on January 18, 2024

On January 18, 2024, Salinas PD Officers executed a search warrant at the home of SAP member Juan Perez at 918 Acosta Plaza #74.  Surveillance footage had shown suspected SAP members running to and from this apartment around the time of several recent shootings, leading law enforcement to believe that it was used by SAP in their violent activities.  Inside, officers found 97 handguns, shotguns, and rifles.



## IV.    ARGUMENT

Alvarez is a former SAP channel who is involved in violent crime, firearms trafficking, drug trafficking, and collection of gang dues—almost all the "business segments" of the gang.  He is both a danger to the community and a risk of flight and should be detained pending trial.

### A.    Danger to the Community

#### 1.    *Alvarez has a long association with SAP*

Alvarez is a longtime SAP member.  His Instagram ("Yogster420," a portmanteau of his "Yogi" moniker, "sapster," and a date associated with marijuana) shows several recent photographs of Alvarez flashing "A" and "P" gang signs, making references to "P day" (a birthday celebration of sorts for the Plaza), wearing gang paraphernalia like red jackets or an Atlanta Braves hat with the letter "A," and associating with other Norteño and SAP gang members including, below, co-defendants Gil Vasquez, Jose Mexicano, and Sergio Hernandez.

GOVERNMENT DETENTION MEMORANDUM        6
5:24-CR-00226-BLF-004

  

### 2. *Alvarez is one of the gang's leaders*

Alvarez became the gang's channel after co-defendant Sergio Hernandez was incarcerated and before co-defendant Gil Vasquez was released from custody. For example, co-defendant Raul Coronel tells SAP member John Barriga in an Instagram message on June 6, 2023, that "Yogi" (i.e., Alvarez) is the one who has "got the hood rn." As the channel, Alvarez took on a number of leadership responsibilities including the collection of gang dues. For example, on January 11, 2023, Alvarez tells another gang member that SAP member Ivan Barriga is "on his way to drop off the monthly." In March 2023, he messages multiple people and says: "just a heads up I'll be collecting the monthly" and "still need the monthly" and "need the monthly." On June 10, 2023, co-defendant (and another former channel) Rigoberto Ramirez messages Alvarez and says that he will be sending Alvarez "three bills and that'll be my monthly for two years."

He was also responsible for receiving reports from lower-ranking SAP members, either to certify and give credit to other gang members for "putting in work," to order mitigating measures (like getting rid of weapons or preparing for retaliation), or to send incident reports up the chain to the Monterey County Regiment. For example, "90sbaby831" messaged Alvarez and said: "something went down and I need to report to someone" and later messaged: "yessir tap in bro porfa it's bad my boy." On February 26, 2023, the day of the attempted murder described in paragraph 15(u) of the indictment, Gustavo Garcia (the primary suspect in that attempted murder) called Alvarez 37 minutes after the shooting. On April 6, 2023, Alvarez sent a video of a police action in Acosta Plaza to a group chat and said: "under covers hood right

GOVERNMENT DETENTION MEMORANDUM    7
5:24-CR-00226-BLF-004

now 4 cars." Once the group figured out that the police were searching co-defendant Gustavo Garcia's residence, they discussed blocking Garcia's Instagram. On December 2, 2023, the day of the murder described in the indictment's second special sentencing factor, Alvarez calls Raul Coronel (a named defendant in that special sentencing factor) 40 minutes after the shooting.

### 3. *Alvarez has committed his own acts of violence*

On August 20, 2015, a man reported to Monterey Police that he had been robbed at gunpoint while attempting to deliver medicinal marijuana. When the victim arrived at the delivery address, a Hispanic man jumped out from behind a bush, pointed a gold handgun at the man, and demanded the marijuana and any cash. The victim provided the man 1-2 pounds of marijuana in his car, valued at $3,000, as well as $300 in cash and his cell phone. The suspect then fled in a late 1990's brown Honda Accord sedan. Officers subsequently contacted the medical marijuana company to find out who had placed the marijuana order. The phone number on the order was associated with Alvarez. DMV records showed that Alvarez had a gold Honda Accord registered to him. Officers executed a search warrant on Alvarez's apartment, and during an interview with police, Alvarez admitted that the marijuana and gun were in his kitchen closet, and also admitted that he was a SAP associate. Officers recovered about 4 ounces of marijuana, a gold-plated handgun, and other indicia of drug trafficking (scales, baggies, and $620 cash). Alvarez was convicted of robbery (Cal. P.C. § 212.5) in 2016.

### 4. *Alvarez is involved in firearms trafficking*

Within SAP, gang dues are used to pay tribute to the Monterey County Norteño Regiment and also to purchase firearms to be used by the gang in violent crime. As the gang's channel responsible for collecting gang dues, Alvarez was involved in the purchasing and transfer of firearms. For example, on October 21, 2022, Instagram records show SAP member Abel Perez asking Alvarez "how much" and "does it come with candies [i.e., ammunition] and/or a holster." Alvarez responded that it costs "9" (i.e., $900), has "enough candies to fill it twice," and has "fat hallows" (i.e., hollow-point ammunition). Other messages to other users in April 2023 and November 2023 show Alvarez trying to sell a Glock 26 handgun (with a 30-round extended magazine) for $800, and a .40 caliber Smith & Wesson handgun for $800, respectively. Alvarez was a felon at this point (as a result of the robbery in 2015 after which officers searched his apartment and found a gold-plated handgun) and thus is prohibited from possessing any

firearms, let alone selling them.

Additionally, in a May 15, 2022, exchange between Alvarez and co-defendant Gil Vasquez (another channel), Vasquez encouraged retaliation for an SAP member who just got "jumped" by other Norteños and was in the hospital. Alvarez responded that he was "pulling up" to co-defendant Sergio Hernandez's house and said: "run backs is mando" (i.e., we should retaliate), "fuck reporting to the reg" (i.e., let's move quickly rather than seeking permission), "hood shit," and "I brought us a thang too" (i.e., I brought a gun).

### 5. *Alvarez is involved in drug trafficking*

Alvarez is also involved in drug trafficking. He robbed a marijuana delivery man in 2015 and the subsequent search of his apartment found indicia of drug dealing. His Instagram user name (yogster420) also contains a reference to marijuana. More recently, on September 27, 2023, Alvarez sent five videos of marijuana to "914_bounce" and offered to sell it for $1250. On June 26, 2023, he sent a message to "SEM_500" and said: "bro 450 the zip of what u asked for" (i.e., $450 per ounce).

### 6. *No condition or combination of conditions can ensure the safety of the community*

Alvarez is a longtime SAP member and leader. He is involved in nearly all SAP "business" including drug trafficking, firearms trafficking, and acts of violence (including acts of violence that he has committed himself and acts of violence he has encouraged by others). His involvement in the gang life did not stop despite prior arrests, charges, and convictions. Considering his long history of gang involvement, his leadership status within a violent gang, his prior acts of violence, and his failure to abide by prior court orders/prohibitions, the government submits that there is no condition or combination of conditions that can reasonably assure the safety of any other person and the community.

### B.   Risk of Flight

Alvarez has proven that he cannot abide by court orders. He became a felon after his 2015 robbery of the marijuana dealer and is prohibited from possessing firearms, yet he continues to be heavily involved in firearms trafficking. In May 2016, he was convicted for failure to appear and was sentenced to eight months in prison. In December 2021, he was arrested for violation of parole related to a battery. His high status as a former channel gives him the resources and network to facilitate flight. Recent phone location data even shows that Alvarez traveled to Mexico twice in the month preceding his arrest: on April 3 for a

few days to visit his father, and again on April 24 for a few days for unknown reasons. Additionally, he faces a potentially lengthy sentence in the federal racketeering case—likely far longer than any sentence he has previously served—which creates a strong incentive for him to flee. *See United States v. Gebro*, 948 F.2d 1118, 1122 (9th Cir. 1991) (strong evidence of guilt "makes it more likely that he will flee"). The preponderance of the evidence supports finding that no condition or combination of conditions can ensure his return to court as ordered if he were to be released.

## V.    CONCLUSION

Given the lack of conditions that can reasonably assure the safety of the community, or ensure his appearance at future court hearings, the government respectfully requests that the defendant be detained pending trial.

DATED:  May 6, 2024                                              Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

                                         /s/_____
                                         LEIF DAUTCH
                                         GEORGE O. HAGEMAN
                                         AMANI S. FLOYD
                                         Assistant United States Attorney

GOVERNMENT DETENTION MEMORANDUM          10
5:24-CR-00226-BLF-004