ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

LEIF DAUTCH (CABN 283975)
GEORGE O. HAGEMAN (CABN 332457)
AMANI S. FLOYD (CABN 301506)
Assistant United States Attorneys

       450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7534
       Fax: (415) 436-7234
       Leif.Dautch@usdoj.gov
       George.Hageman@usdoj.gov
       Amani.Floyd@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 5:24-CR-00226-BLF-005 |
|     Plaintiff, | ) <br> ) UNITED STATES' MEMORANDUM OF POINTS <br> ) AND AUTHORITIES IN SUPPORT OF MOTION |
|   v. | ) FOR PRETRIAL DETENTION <br> ) |
| BERTIN MEDRANO aka "Dre," | ) Date:    May 14, 2024 (Detention Hearing) |
|     Defendant. | ) Time:    1:00 p.m. <br> ) Court:   Honorable Nathanael Cousins <br> ) |
| | ) |

GOVERNMENT DETENTION MEMORANDUM
5:24-CR-00226-BLF-005

## I.     <u>INTRODUCTION</u>

In an indictment unsealed on May 2, 2024, the Grand Jury charged 11 members of the Salinas Acosta Plaza (SAP) Norteño criminal street gang with Racketeering Conspiracy in violation of 18 U.S.C. § 1962(d).  As outlined in the 37 overt acts listed in the indictment, the government alleges that this violent street gang is responsible for at least eight murders and ten attempted murders, as well as dozens of other shootings, robberies, and assaults.  The government also alleges that the gang is heavily involved in firearms trafficking, drug trafficking, and witness intimidation.  For years, the gang has occupied and terrorized a multi-family apartment complex in East Salinas.  Their victims have included women and children, unhoused residents of a nearby encampment, actual and perceived gang rivals, and those who attempted to leave the gang lifestyle behind them.

Defendant Bertin Medrano should be detained pending trial based on his danger to the community and risk of flight.  *See* 18 U.S.C. § 3142(e)(1).  This memo begins with a brief overview of the charged criminal enterprise, but the bulk of the memo consists of a defendant-specific analysis of Bertin Medrano's criminal conduct and the unmitigable risk he poses to the community, including his acts of violence and his encouragement of violence by others.  The government's allegations herein are supported by the Grand Jury's findings in the indictment, as well as an initial production of discovery that was provided to the defendant at his arraignment on May 2, 2024.

## II.     <u>LEGAL STANDARDS</u>

Under the Bail Reform Act of 1984, the Court must detain a defendant before trial without bail where "no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community."  18 U.S.C. § 3142(e)(1).  Detention is appropriate where a defendant is either a danger to the community or a flight risk; the government need not prove that both factors are present.  *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).  A defendant's danger to the community must be supported by clear and convincing evidence, but a defendant's flight risk need only be supported by a preponderance of the evidence.  *Id.*

"[T]he Bail Reform Act mandates an individualized evaluation guided by the factors articulated in [18 U.S.C.] § 3142(g)."  *United States v. Diaz-Hernandez*, 943 F.3d 1196, 1199 (9th Cir. 2019).  Those factors are: (i) the nature and circumstances of the offense charged; (ii) the weight of the evidence against

GOVERNMENT DETENTION MEMORANDUM          1
5:24-CR-00226-BLF-005

the defendant; (iii) the history and characteristics of the defendant, including the defendant's character, physical and mental condition, family and community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings, as well as whether the crime was committed while the defendant was on probation or parole; and (iv) the nature and seriousness of the danger to any person or to the community that would be posed by the defendant's release. *See* 18 U.S.C. § 3142(g); *United States v. Winsor*, 785 F.2d 755, 757 (9th Cir. 1986).

The rules of evidence do not apply at a detention hearing.  18 U.S.C. § 3142(f).  It is well-settled that at a detention hearing, the government may present evidence by way of an evidentiary proffer sufficient to make the court aware of the defendant's role in the offense, the weight of the evidence, and other relevant factors.  *See, e.g.*, *United States v. Salerno*, 481 U.S. 739, 743 (1987).

## III.   THE ENTERPRISE: SALINAS ACOSTA PLAZA NORTEÑOS

The criminal enterprise charged in the indictment is the Salinas Acosta Plaza (SAP) Norteño criminal street gang.  Originating in the 1990's in the Acosta Plaza apartment complex in East Salinas, the gang has terrorized the families and individuals living in and around the complex, claiming the area as its home turf.  Four of the charged defendants (Vasquez, Ramirez, Hernandez, and Alvarez) have served as the gang's "Channel," a liaison between the street gang and the incarcerated Nuestra Familia leadership that oversees Norteño street gangs throughout the Bay Area.  These Channels collect gang dues, with which they purchase firearms and narcotics for the gang to sell, and either approve or ratify criminal activity like gang shootings.  Many of these shootings are targeted at perceived rival Sureño gang members, but SAP members have also killed non-affiliated members of the community, including unhoused people who reside in the undeveloped Carr Lake area adjacent to Acosta Plaza.

As alleged in the indictment, SAP gang members have engaged in the following categories of racketeering activities:  murders, attempted murders, murder solicitation, robbery, drug trafficking, firearms trafficking, and witness retaliation and intimidation.  Detailed here are just some of the violent crimes committed in recent years by SAP members against vulnerable members of the community:

### A.   Murder and Attempted Murder on May 1, 2020

On May 1, 2020, Salinas PD Officers were dispatched to three victims of a shooting in the homeless encampments near Carr Lake, just behind the Acosta Plaza complex.  One victim died on scene,

GOVERNMENT DETENTION MEMORANDUM       2
5:24-CR-00226-BLF-005

and two additional victims survived. The investigation revealed that approximately five subjects approached the victims and identified themselves as "Acosta Plaza," before two of the suspects shot the victims. Salinas PD was able to identify one of the shooters as John Barriga, a documented SAP member. One of the surviving victims picked Barriga out of a lineup and identified him as a shooter. On August 23, 2022, Barriga pled guilty in state court to voluntary manslaughter with a gang allegation and was sentenced to 25 years in prison. The additional suspects are still unidentified.

### B.      Murder and Attempted Murder on September 20, 2020

On September 20, 2020, Salinas PD Officers were dispatched to two victims of a shooting in the homeless encampments near Carr Lake, just behind the Acosta Plaza complex. One victim was pronounced dead on scene, and one additional victim survived. The surviving victim said that four individuals had approached, asked if he was in a gang, and ordered him to take off his shirt so they could check for gang tattoos. After accusing the victim's tattoo of being gang-related, they marched the two victims at gunpoint to a different area and shot them both in the head.

### C.      Murder on March 23, 2021

On March 23, 2021, Salinas PD Officers were dispatched to a victim of a shooting in the homeless encampments near Carr Lake, just behind the Acosta Plaza complex. The victim was pronounced dead on scene from multiple gunshot wounds to the chest. Approximately 10 feet away from the victim's body, officers located a loaded magazine and several fired casings. The investigation revealed that two suspects identified themselves as police and made the victim show them his tattoos prior to shooting him. One witness noted that the victim was not "allowed" in the area because he was previously a gang member in El Salvador (but no longer active). The magazine and fired cartridge casings were later processed for DNA. Two DNA profiles were located on unspent rounds inside of the magazine, and they matched those of SAP members Ivan Barriga (currently in state custody) and Salvador Mexicano (charged here).

### D.      Attempted Murder on January 23, 2023

On January 23, 2023, Salinas PD Officers were dispatched to a ShotSpotter activation showing 27 rounds fired in the area of 1041 Sieber Street, one block away from Acosta Plaza. Upon arrival, officers located two intended victims, both documented Sureño gang associates. Neither victim was hit by gunfire. The investigation revealed that the victims got into an argument with several males in a white BMW, and

the BMW followed them to Sieber Street. Minutes later, two males approached Sieber Street, from the area of Acosta Plaza, yelled "Plaza boys" and opened fire, firing 31 rounds at the victims. The males then fled on foot, back towards Acosta Plaza. Salinas PD determined that the BMW mentioned was a white BMW associated with SAP members Jesus Saldana (currently in state custody facing a murder charge) and Jose Saldana (charged here).

### E.   Attempted Murder on April 3, 2023

On April 3, 2023, Salinas PD Officers were dispatched to a ShotSpotter activation of nine rounds at 1036 N. Sanborn Rd. Upon arrival, officers located three fired cartridge casings in the street, and observed eight bullet strikes to the apartment complex at 1036 N. Sanborn Rd. Officers canvassed the area for video and obtained video surveillance of a white BMW fleeing the scene just seconds after the shooting. The BMW's license plate matched that of a white BMW associated with SAP members Jesus Saldana (currently in state custody facing a murder charge) and Jose Saldana (charged here).

### F.   Murder and Attempted Murder on May 20, 2023

On May 20, 2023, Salinas PD Officers were dispatched to a ShotSpotter activation of 25 rounds of fully automatic gunfire near 824 Garner Avenue. Upon arrival, they found a deceased male victim suffering from multiple gunshot wounds, a surviving male victim shot twice, as well as a female victim in a nearby apartment hit by a stray bullet. The female victim was hit in the spine. Her six-year-old daughter provided minimal medical attention until she was able to be transported to the hospital. She survived but is paralyzed. Surveillance video showed SAP member Abel Perez's vehicle near the shooting, and two shooters running near the shooting. Officers found two firearms, one of which was a Glock converted into a fully automatic firearm, hidden in an electrical box in Acosta Plaza. Also, in the box, was a black hat matching the hat worn by one of the shooters with Ivan Barriga's DNA on it. Both Barriga and Perez were later charged with homicide with gang enhancements.

### G.   Attempted Murder on June 24, 2023

On June 24, 2023, Salinas PD Officers were dispatched to a ShotSpotter activation for a single shot at 916 Acosta Plaza #17. The victim reported that he and his nephew were hanging out near the apartment when a white sedan approached. The driver stayed inside, while a male and a female got out. The male asked if they wanted to buy "product" (likely cocaine) and gave a free sample. The victim

claimed it was just flour.  An argument ensued.  The male brandished a firearm and fired one round at the victim's face, then kicked him, returned to the car, and fled.  At the hospital, doctors were unable to determine conclusively whether the injury to the victim's face was caused by a bullet strike or by a pistol-whipping or other blunt force trauma.  Instagram records show that Raul Coronel (charged in this indictment) sent SAP member Marco Sanchez a/k/a "Cooks" a screenshot of a news article about the shooting the next day.  Coronel said: "making it seem like you active cooks" and "ur good mann," to which Sanchez responded: "hahaha" and "if I wanted them dead they would have been."  Coronel responded: "not the paisano" and "lol."  Call detail records put them both in the area at the time.

### H.    Witness Intimidation from July 2023 to November 2023

On July 12, 2023, a Molotov cocktail was thrown into 914 Acosta Plaza #97 while the family was asleep.  The family, not known to be affiliated with SAP, reported the incident to police and moved out soon after.  Around August 11, 2023, while the same unit #97 was vacant, somebody broke into the unit and vandalized it with graffiti saying "rata" (i.e., rat), "SAP," and "snitch fat fuck."  On November 13, 2023, Raul Coronel (charged here) got into an argument with the owner of unit #97 for attempting to have Coronel's car towed from unit #97's parking spot.  In the course of the argument, Coronel threatened the man, making a statement implying that what happened to the unit in July might happen again.

 

 

GOVERNMENT DETENTION MEMORANDUM        5
5:24-CR-00226-BLF-005

## I.    **Seizure of 97 Firearms on January 18, 2024**

On January 18, 2024, Salinas PD Officers executed a search warrant at the home of SAP member Juan Perez at 918 Acosta Plaza #74.  Surveillance footage had shown suspected SAP members running to and from this apartment around the time of several recent shootings, leading law enforcement to believe that it was used by SAP in their violent activities.  Inside, officers found 97 handguns, shotguns, and rifles.

# IV.    **ARGUMENT**

Bertin Medrano is an SAP member who has taken on a mentorship role to younger gang members while also continuing to engage in criminal activity himself, including firearms possession and drug trafficking.  There is no condition or combination of conditions that can reasonably assure his appearance or the safety of the community.

## A.    **Danger to the Community**

### 1.    *Medrano has a long association with SAP*

Bertin Medrano is a longtime member of SAP.  Though he does not have an Instagram account known to law enforcement, his association with the gang is clear.  The Salinas Police Department (SPD) contacted him on November 2, 2017, in Acosta Plaza, in a car with other SAP members, and found him armed with a loaded 9mm firearm in his waistband—despite being a felon at the time.  On May 19, 2019, SPD contacted him in Acosta Plaza with other SAP gang members and wearing red laces in his shoes and a red string on his jeans (red is the gang's preferred color).  When confronted by officers, he gave a false

GOVERNMENT DETENTION MEMORANDUM        6
5:24-CR-00226-BLF-005

name and was subsequently arrested for giving false identification under California Penal Code 148.9(a). When SPD searched his bedroom on May 13, 2021, they found a black and red jacket, a t-shirt with a red "A" on it, a face mask with a red and black Huelga bird (another Norteño symbol), and a red shirt with the image of a pistol and references to "900" (a reference to the block of homes within Acosta Plaza) and "Salinas Acosta Pl." on it.

### 2. *Medrano is the primary suspect in a December 2019 murder*

Over the past five years, Medrano has earned status within the SAP gang by repeatedly showing a willingness to engage in violence.   For example, he is the primary suspect in the murder outlined in paragraph 15(h) of the indictment.

On December 19, 2019, SPD responded to the area of 704 Garner Avenue—near the outer boundary of the Acosta Plaza townhomes but solidly within SAP's claimed territory—after ShotSpotter reported eight shots fired.  They found a still-running Jeep Cherokee that had driven up onto the curb and crashed into a street sign.  The front driver and front passenger windows had been shattered.  Seven 9mm bullet casings were on the ground and two bullets were lodged in the upright support of the front driver's window.  The driver had multiple gunshot wounds and was pronounced dead soon after.

Subsequent investigation revealed that the Jeep Cherokee had pulled into SAP territory and spun its tires, causing a loud screeching noise—something that would be perceived as a sign of disrespect if done by people not affiliated with SAP.  A group of SAP members (including Medrano) who had been hanging out at 914 Acosta Plaza—right next to this street—came outside to confront the driver of the Jeep Cherokee.  During the argument, one of the SAP members—matching the description of Medrano—left briefly to grab a firearm and then returned to the Jeep Cherokee.  Soon after, the suspect matching the description of Medrano started firing multiple shots into the Jeep Cherokee.  The driver tried to pull away but ended up crashing into a street sign on the curb.  The passenger was seen escaping from the Jeep and running away.

### 3. *Medrano is also suspected of participating in a March 2021 shooting*

On March 8, 2021, SPD officers were dispatched to Acosta Plaza for a ShotSpotter activation showing 14 rounds fired.  Upon arrival, they found eight 9mm casings and six .40 caliber casings on the ground, implying the use of two different firearms.  Witnesses described seeing a white Toyota Tacoma

speeding away from the scene after the shooting. Officers located the Toyota Tacoma—the same one driven by Medrano in the robbery in April 2021 described above—and conducted a traffic stop. Medrano was driving. Justin Solorio, another SAP gang member currently in custody for attempted murder and participation in a street gang, was the passenger.

4.    *Medrano has used his status in the gang to oversee and encourage violence by younger gang members*

Medrano's own violent acts have raised his status within SAP, which now makes him something of a mentor to a younger generation of SAP members. For example, on April 27, 2021, Medrano and three other SAP gang members—Jesus Saldana, Ivan Barriga, and co-defendant Salvador Mexicano—were walking through Northridge Mall in Salinas.[1] The four confronted another individual—suspected to be a rival Sureño—and challenged his gang affiliation, shouting things like: "where you from?" Salvador Mexicano grabbed and yanked the gold chain off of the victim's neck. A brawl ensued, with the victim simultaneously fighting back against Mexicano, Barriga, and Saldana. The victim's girlfriend stood nearby shouting for them to stop. Medrano also stood back, watching approvingly but not engaging in the fight itself. After enough punches had landed, Medrano and the three other SAP members fled back to Medrano's white Toyota Tacoma. They then drove to a different parking lot where Medrano dumped his black and red checkered jacket and left his vehicle. The four then scattered. Later, an unidentified female came to pick up Medrano's vehicle.

This incident is consistent with a senior member (Medrano) supervising younger members (Barriga, Saldana, and Mexicano) as they commit acts of violence on behalf of the gang. Within SAP, as in other gangs, it is the senior members' duty to vouch for and certify that acts of violence actually occurred. Vouching by a senior member witness helps junior members build their reputation and move up within the gang. True to this principle, the senior member here (Medrano) stood back, watched, and then assisted with the getaway by driving the getaway vehicle. Medrano was subsequently convicted of being an accessory after the fact and participation in a criminal street gang and sentenced to 16 months in jail (though the sentence was suspended).

---

[1] Ivan Barriga has subsequently been convicted of murder, Jesus Saldana is in custody for murder, and Salvador Mexicano is a co-defendant in this case and is the primary suspect in a murder.

5.     *Medrano is involved in drug trafficking*

In addition to his acts of violence, Medrano has also dealt drugs on behalf of the gang. On August 16, 2019, SPD conducted a traffic stop on Medrano's vehicle. Medrano avoided pulling over for several blocks, but eventually stopped. At the time, Medrano was still on post-release community supervision. A subsequent search of his vehicle found three baggies of marijuana (8.9 grams gross), $493 in cash, and a sealed USPS box containing a large amount of concentrated cannabis liquid (124.1 grams gross). He claimed that the drugs in the sealed box ready for mailing were for personal use, but Medrano was subsequently convicted of misdemeanor sale of marijuana on August 19, 2019. SAP drug dealers are expected to contribute increased gang dues each month, and drug trafficking is the primary source of revenue for the gang.

6.     *No condition or combination of conditions can ensure the safety of the community*

Medrano is a senior SAP member who holds a mentorship role and directs others to engage in violence. He is also the primary suspect in a December 2019 murder, has a prior firearms possession conviction, and is personally involved in drug trafficking. Much of this activity took place while he was still on probation or post-release community supervision. That is, his involvement in the gang life did not stop despite prior arrests, charges, and convictions. Considering his long history of gang involvement and acts of violence, and his encouragement of violence by others, the government submits that there is no condition or combination of conditions that can reasonably assure the safety of any other person and the community.

## B.     Risk of Flight

Medrano's past proves that he cannot abide by court orders. He was on post-release community supervision in 2019 when he was arrested and convicted of possessing marijuana for sale, and when he was the primary suspect in a murder. He was also convicted of being a felon in possession of a firearm in 2018. Additionally, his criminal history report lists at least two probation revocations in 2013 and 2018. Moreover, he has a history of running from or otherwise trying to evade law enforcement. For example, he was convicted of felony evading a police officer in 2015; he gave a false name to police on May 29, 2019 (SPD 19-051410); he ran from police when approached on May 28, 2020 (SPD 20-050982) and again on March 7, 2021 (SPD 21-030311); and he changed his clothes and ran from the crime scene on

GOVERNMENT DETENTION MEMORANDUM          9
5:24-CR-00226-BLF-005

April 27, 2021 (SPD 21-041160).  Lastly, he is facing a potentially lengthy sentence in the federal racketeering case—likely longer than any sentence he has previously served—which creates a strong incentive for him to flee.  *See United States v. Gebro*, 948 F.2d 1118, 1122 (9th Cir. 1991) (strong evidence of guilt "makes it more likely that he will flee").  There is no combination of conditions that can ensure his return to court as ordered if he were to be released.

## V.   CONCLUSION

Given the lack of conditions that can reasonably assure the safety of the community, or ensure his appearance at future court hearings, the government respectfully requests that the defendant be detained pending trial.

DATED:  May 12, 2024                               Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney


/s/_____
LEIF DAUTCH
GEORGE O. HAGEMAN
AMANI S. FLOYD
Assistant United States Attorneys

GOVERNMENT DETENTION MEMORANDUM       10
5:24-CR-00226-BLF-005