ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

LEIF DAUTCH (CABN 283975)
GEORGE O. HAGEMAN (CABN 332457)
AMANI S. FLOYD (CABN 301506)
Assistant United States Attorneys

       450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7534
       Fax: (415) 436-7234
       Leif.Dautch@usdoj.gov
       George.Hageman@usdoj.gov
       Amani.Floyd@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 5:24-CR-00226-BLF-008 |
|     Plaintiff, | ) <br> ) UNITED STATES' MEMORANDUM OF POINTS <br> ) AND AUTHORITIES IN SUPPORT OF MOTION |
|   v. | ) FOR PRETRIAL DETENTION <br> ) |
| RAUL CORONEL SUAREZ aka "Ray," | ) Date:    May 15, 2024 (Detention Hearing) |
|     Defendant. | ) Time:   1:00 p.m. <br> ) Court:  Honorable Nathanael Cousins <br> ) |
| | ) |

GOVERNMENT DETENTION MEMORANDUM
5:24-CR-00226-BLF-008

## I.     <u>INTRODUCTION</u>

In an indictment unsealed on May 2, 2024, the Grand Jury charged 11 members of the Salinas Acosta Plaza (SAP) Norteño criminal street gang with Racketeering Conspiracy in violation of 18 U.S.C. § 1962(d).  As outlined in the 37 overt acts listed in the indictment, the government alleges that this violent street gang is responsible for at least eight murders and ten attempted murders, as well as dozens of other shootings, robberies, and assaults.  The government also alleges that the gang is heavily involved in firearms trafficking, drug trafficking, and witness intimidation.  For years, the gang has occupied and terrorized a multi-family apartment complex in East Salinas.  Their victims have included women and children, unhoused residents of a nearby encampment, actual and perceived gang rivals, and those who attempted to leave the gang lifestyle behind them.

Defendant Raul Coronel Suarez should be detained pending trial based on his danger to the community and risk of flight.  *See* 18 U.S.C. § 3142(e)(1).  This memo begins with a brief overview of the charged criminal enterprise, but the bulk of the memo consists of a defendant-specific analysis of Raul Coronel's criminal conduct and the unmitigable risk he poses to the community, including his acts of violence and his encouragement of violence by others.  The government's allegations herein are supported by the Grand Jury's findings in the indictment, as well as an initial production of discovery that was provided to the defendant at his arraignment on May 2, 2024.

## II.     <u>LEGAL STANDARDS</u>

Under the Bail Reform Act of 1984, the Court must detain a defendant before trial without bail where "no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community."  18 U.S.C. § 3142(e)(1).  Detention is appropriate where a defendant is either a danger to the community or a flight risk; the government need not prove that both factors are present.  *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).  A defendant's danger to the community must be supported by clear and convincing evidence, but a defendant's flight risk need only be supported by a preponderance of the evidence.  *Id.*

"[T]he Bail Reform Act mandates an individualized evaluation guided by the factors articulated in [18 U.S.C.] § 3142(g)."  *United States v. Diaz-Hernandez*, 943 F.3d 1196, 1199 (9th Cir. 2019).  Those factors are: (i) the nature and circumstances of the offense charged; (ii) the weight of the evidence against

GOVERNMENT DETENTION MEMORANDUM          1
5:24-CR-00226-BLF-008

the defendant; (iii) the history and characteristics of the defendant, including the defendant's character, physical and mental condition, family and community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings, as well as whether the crime was committed while the defendant was on probation or parole; and (iv) the nature and seriousness of the danger to any person or to the community that would be posed by the defendant's release. *See* 18 U.S.C. § 3142(g); *United States v. Winsor*, 785 F.2d 755, 757 (9th Cir. 1986).

The rules of evidence do not apply at a detention hearing. 18 U.S.C. § 3142(f). It is well-settled that at a detention hearing, the government may present evidence by way of an evidentiary proffer sufficient to make the court aware of the defendant's role in the offense, the weight of the evidence, and other relevant factors. *See, e.g.*, *United States v. Salerno*, 481 U.S. 739, 743 (1987).

Where there is probable cause that a defendant has committed an offense for which a maximum of ten years in prison or more is prescribed in the Controlled Substances Act, courts apply a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety of the community. *See* 18 U.S.C. § 3142(e)(3)(A). Under this scheme, the burden of production shifts to the defendant. *United States v. Hir*, 517 F.3d 1081, 1086 (9th Cir. 2008). Even if the defendant rebuts the presumption, the presumption is not erased; instead, it remains in the case as an evidentiary finding militating against release that is to be weighted along with other relevant factors. *See id.* (citation omitted).

## III.   THE ENTERPRISE: SALINAS ACOSTA PLAZA NORTEÑOS

The criminal enterprise charged in the indictment is the Salinas Acosta Plaza (SAP) Norteño criminal street gang. Originating in the 1990's in the Acosta Plaza apartment complex in East Salinas, the gang has terrorized the families and individuals living in and around the complex, claiming the area as its home turf. Four of the charged defendants (Vasquez, Ramirez, Hernandez, and Alvarez) have served as the gang's "Channel," a liaison between the street gang and the incarcerated Nuestra Familia leadership that oversees Norteño street gangs throughout the Bay Area. These Channels collect gang dues, with which they purchase firearms and narcotics for the gang to sell, and either approve or ratify criminal activity like gang shootings. Many of these shootings are targeted at perceived rival Sureño gang

GOVERNMENT DETENTION MEMORANDUM          2
5:24-CR-00226-BLF-008

members, but SAP members have also killed non-affiliated members of the community, including unhoused people who reside in the undeveloped Carr Lake area adjacent to Acosta Plaza.

As alleged in the indictment, SAP gang members have engaged in the following categories of racketeering activities:  murders, attempted murders, murder solicitation, robbery, drug trafficking, firearms trafficking, and witness retaliation and intimidation.  Detailed here are just some of the violent crimes committed in recent years by SAP members against vulnerable members of the community:

**A.     Murder and Attempted Murder on May 1, 2020**

On May 1, 2020, Salinas PD Officers were dispatched to three victims of a shooting in the homeless encampments near Carr Lake, just behind the Acosta Plaza complex.  One victim died on scene, and two additional victims survived.  The investigation revealed that approximately five subjects approached the victims and identified themselves as "Acosta Plaza," before two of the suspects shot the victims.  Salinas PD was able to identify one of the shooters as John Barriga, a documented SAP member.  One of the surviving victims picked Barriga out of a lineup and identified him as a shooter.  On August 23, 2022, Barriga pled guilty in state court to voluntary manslaughter with a gang allegation and was sentenced to 25 years in prison.  The additional suspects are still unidentified.

**B.     Murder and Attempted Murder on September 20, 2020**

On September 20, 2020, Salinas PD Officers were dispatched to two victims of a shooting in the homeless encampments near Carr Lake, just behind the Acosta Plaza complex.  One victim was pronounced dead on scene, and one additional victim survived.  The surviving victim said that four individuals had approached, asked if he was in a gang, and ordered him to take off his shirt so they could check for gang tattoos.  After accusing the victim's tattoo of being gang-related, they marched the two victims at gunpoint to a different area and shot them both in the head.

**C.     Murder on March 23, 2021**

On March 23, 2021, Salinas PD Officers were dispatched to a victim of a shooting in the homeless encampments near Carr Lake, just behind the Acosta Plaza complex.  The victim was pronounced dead on scene from multiple gunshot wounds to the chest.  Approximately 10 feet away from the victim's body, officers located a loaded magazine and several fired casings.  The investigation revealed that two suspects identified themselves as police and made the victim show them his tattoos prior to shooting him.  One

GOVERNMENT DETENTION MEMORANDUM        3
5:24-CR-00226-BLF-008

witness noted that the victim was not "allowed" in the area because he was previously a gang member in El Salvador (but no longer active).  The magazine and fired cartridge casings were later processed for DNA.  Two DNA profiles were located on unspent rounds inside of the magazine, and they matched those of SAP members Ivan Barriga (currently in state custody) and Salvador Mexicano (charged here).

**D.    Attempted Murder on January 23, 2023**

On January 23, 2023, Salinas PD Officers were dispatched to a ShotSpotter activation showing 27 rounds fired in the area of 1041 Sieber Street, one block away from Acosta Plaza.  Upon arrival, officers located two intended victims, both documented Sureño gang associates.  Neither victim was hit by gunfire. The investigation revealed that the victims got into an argument with several males in a white BMW, and the BMW followed them to Sieber Street. Minutes later, two males approached Sieber Street, from the area of Acosta Plaza, yelled "Plaza boys" and opened fire, firing 31 rounds at the victims.  The males then fled on foot, back towards Acosta Plaza. Salinas PD determined that the BMW mentioned was a white BMW associated with SAP members Jesus Saldana (currently in state custody facing a murder charge) and Jose Saldana (charged here).

**E.    Attempted Murder on April 3, 2023**

On April 3, 2023, Salinas PD Officers were dispatched to a ShotSpotter activation of nine rounds at 1036 N. Sanborn Rd. Upon arrival, officers located three fired cartridge casings in the street, and observed eight bullet strikes to the apartment complex at 1036 N. Sanborn Rd.  Officers canvassed the area for video and obtained video surveillance of a white BMW fleeing the scene just seconds after the shooting.  The BMW's license plate matched that of a white BMW associated with SAP members Jesus Saldana (currently in state custody facing a murder charge) and Jose Saldana (charged here).

**F.    Attempted Murder on June 24, 2023**

On June 24, 2023, Salinas PD Officers were dispatched to a ShotSpotter activation for a single shot at 916 Acosta Plaza #17.  The victim reported that he and his nephew were hanging out near the apartment when a white sedan approached.  The driver stayed inside, while a male and a female got out. The male asked if they wanted to buy "product" (likely cocaine) and gave a free sample.  The victim claimed it was just flour.  An argument ensued.  The male brandished a firearm and fired one round at the victim's face, then kicked him, returned to the car, and fled.  At the hospital, doctors were unable to

GOVERNMENT DETENTION MEMORANDUM        4
5:24-CR-00226-BLF-008

determine conclusively whether the injury to the victim's face was caused by a bullet strike or by a pistol-whipping or other blunt force trauma. Instagram records show that Raul Coronel (charged in this indictment) sent SAP member Marco Sanchez a/k/a "Cooks" a screenshot of a news article about the shooting the next day. Coronel said: "making it seem like you active cooks" and "ur good mann," to which Sanchez responded: "hahaha" and "if I wanted them dead they would have been." Coronel responded: "not the paisano" and "lol." Call detail records put them both in the area at the time.

**G.     Seizure of 97 Firearms on January 18, 2024**

On January 18, 2024, Salinas PD Officers executed a search warrant at the home of SAP member Juan Perez at 918 Acosta Plaza #74. Surveillance footage had shown suspected SAP members running to and from this apartment around the time of several recent shootings, leading law enforcement to believe that it was used by SAP in their violent activities. Inside, officers found 97 handguns, shotguns, and rifles.



**IV.     ARGUMENT**

Raul Coronel is an SAP member believed to be involved in three different murders in 2023 alone—including the second special sentencing factor murder making him eligible for life in prison. If that were not enough, he is also involved in witness intimidation, drug trafficking, and firearms trafficking. He faces a rebuttable presumption in favor of detention based on his drug trafficking activity, and there is no condition or combination of conditions that can reasonably assure his appearance or the safety of the community.

GOVERNMENT DETENTION MEMORANDUM     5
5:24-CR-00226-BLF-008

### A.     Danger to the Community

#### 1.     *Coronel has a long association with SAP*

Raul Coronel is a longtime Norteño and a certified member of SAP. The single dot on his right elbow and four dots on his left elbow denote "1" and "4," referencing the 14th letter of the alphabet ("N" for Norteño). The red "B" on his right forearm is for "Boronda," a different Salinas-based Norteño subset where he began his career. The "400" and "BLK" on his arms reference the neighborhood where Boronda is based. The "dok" on the back of his head indicates "dropout killer"—a title traditionally earned by those who kill someone who has dropped out of the gang. His social media accounts—ixpol.ray and 116ray—are also references to his affiliation. "Ixpol" is the Aztec word for "northerner" and "116" is a reference to the 1st and 16th letters of the alphabet (i.e., "A" and "P" for "Acosta" and "Plaza"). Additionally, Coronel's social media accounts show him flashing "A" gang signs, posting "P" emojis, posing near "SAP" graffiti, and associating with SAP gang members. In June 2023, in response to a question asking him, "who's got the hood rn [i.e., right now]," Coronel responded "Yogi . . . but in our eyes the youngsters . . . we giving nate the boot." Coronel may have begun his Norteño career in a different set, but he is now fully SAP.

   

#### 2.     *Coronel is suspected in three different murders*

##### a.     December 2, 2023

On December 2, 2023, Salinas PD Officers were dispatched to a ShotSpotter activation showing six rounds fired at 914 Acosta Plaza. Upon arrival, they located a 32 year-old Norteño dropout who had been in the area delivering furniture, despite prior warnings to stay away from known Norteño territory. He was deceased from multiple gunshot wounds. Surveillance video from that afternoon shows a white

GOVERNMENT DETENTION MEMORANDUM       6
5:24-CR-00226-BLF-008

BMW (associated with co-defendant Jose Saldana and his brother, Jesus Saldana) and a silver Ford (associated with Coronel) arriving back at Acosta Plaza at approximately the same time. Both Jose Saldana and Coronel attend school in Sacramento, and both GPS phone data and license plate readers are consistent with their travel from Sacramento that day. In the surveillance video, Coronel's vehicle can be seen stopping in the roadway approximately 10-20 yards from where the victim was unloading furniture. One male approached Coronel's vehicle and leaned in to talk to the driver. Another male loitered near where the victim was, and then approached Coronel's vehicle. The first male then entered Coronel's vehicle, while the second male walked back towards the area of the Saldana apartment. About twelve minutes later, the shooter left the area of the Saldana apartment, walked towards the area where the victim was, loitered briefly, and then darted just off screen. Six gunshots can then be heard, causing children who were playing soccer nearby to scatter.

GPS phone data shows Coronel and both Saldanas in the area of the shooting at the time that it occurred. More specifically, Coronel's location is within 100-300 meters of the shooting. Coronel's vehicle was also seen parked outside of 914 Acosta Plaza after the shooting and a police K9 tracked the suspect from the area of the shooting in the direction of the Coronel's apartment. Phone records show Juan Perez—the resident of the unit where 97 firearms were found one month later—called Coronel four minutes after the shooting. Phone records also show that Coronel called Jose Saldana fourteen minutes after the shooting. Additionally, phone records show that then-channel and co-defendant Juan Alvarez calling Coronel forty minutes after the shooting.

Within SAP, one is not officially a member of the gang until they are "certified"—that is, until a more senior member of the gang vouches that he successfully completed a requisite act of violence (traditionally a murder or attempted murder). That is one reason why gang shootings oftentimes involve multiple gang members so that one can witness and vouch for the other as they try to "come up" in the gang. In an Instagram conversation between SAP member Angel Hernandez (younger brother of co-defendant Sergio Hernandez) and Coronel less than thirty minutes after the shooting, Hernandez sent a video of police officers at the scene. Coronel responded, "certified chepe," a reference to Jose Saldana's "chepe" moniker. Hernandez said, "nah" and "ur lying." Coronel responded, "I'm fr [i.e., for real]." An

GOVERNMENT DETENTION MEMORANDUM        7
5:24-CR-00226-BLF-008

Instagram conversation between Jose Saldana and another individual on December 29, 2023, shows that Jose Saldana claiming that he "got the body's."

b.    May 20, 2023

On May 20, 2023, Salinas PD Officers were dispatched to a ShotSpotter activation of 25 rounds of fully automatic gunfire near 824 Garner Avenue. Upon arrival, they found a deceased male victim suffering from multiple gunshot wounds, a surviving male victim shot twice as well as a female victim in a nearby apartment hit by a stray bullet. The female victim was hit in the spine. Her six-year-old daughter provided minimal medical attention until the victim was able to be transported to the hospital. She survived but is paralyzed. Surveillance video showed SAP member Abel Perez's vehicle near the shooting, and two shooters running near the shooting. Officers found two firearms, one of which was a Glock converted into a fully automatic firearm, hidden in an electrical box in Acosta Plaza. Also, in the box, was a black hat matching the hat worn by one of the shooters with Ivan Barriga's DNA on it. Both Barriga and Perez were later charged with homicide with gang enhancements. Surveillance video showed the suspect vehicle driving around during the shooting, and Coronel exiting the suspect vehicle immediately after the shooting, indicating Coronel was the driver. Surveillance video also shows Coronel and Barriga together approximately two hours after the shooting. The Norteño dropout who was killed on December 2, 2023, had been present just moments before, indicating that the SAP members had possibly been targeting him and ended up hitting the wrong people.

c.    April 26, 2023

On April 26, 2023, Salinas PD Officers were dispatched to a ShotSpotter activation of six shots fired in Acosta Plaza. They encountered a Norteño dropout who had walked to a nearby gas station, bleeding from multiple gunshot wounds. On scene, officers found four fired cartridges. Multiple witnesses reported seeing three suspects—including one wearing a grey sweatshirt and one wearing a white shirt—leaving the scene of the shooting. Surveillance video shows Ivan Barriga (wearing a white shirt) and two other males (wearing grey sweatshirts) walking near Barriga's apartment. One of the males matches Coronel's description. Thirteen minutes before the shooting, one of the suspects retrieves a small black handbag. One minute after the shooting, Barriga returned to his residence. Four minutes later, Barriga and another male (carrying a grey sweatshirt) emerge from Barriga's residence. Approximately

45 minutes after the shooting, Barriga messaged co-defendant Sergio Hernandez and indicated that he wanted to trade his gun for one of the Glocks that Hernandez was advertising on behalf of a third-party. Approximately 5.5 hours after the shooting, Coronel's girlfriend messaged Coronel on Instagram, saying, "baby be safe please I can't lose you" and later "why do you do that baby?" Coronel responded, "safety." The girlfriend messaged, "I need you raul, I really can't lose you. But if I do, know I'll wait."

### 3.     *Coronel is involved in witness intimidation*

On July 12, 2023, a Molotov cocktail was thrown into 914 Acosta Plaza #97 while the family was asleep. The family, not known to be affiliated with SAP, reported the incident to police and moved out soon after. Around August 11, 2023, while the same unit #97 was vacant, somebody broke into the unit and vandalized it with graffiti saying "rata" (i.e., rat), "SAP," and "snitch fat fuck." On November 13, 2023, Coronel got into an argument with the owner of unit #97 for attempting to have Coronel's car towed from unit #97's parking spot. In the course of the argument, Coronel threatened the man, making a statement implying that what happened to the unit in July might happen again.

   

### 4.     *Coronel is involved in drug trafficking*

On July 16, 2023, law enforcement officers approached Coronel and two other SAP members and associates as they were loitering near 918 Acosta Plaza. Coronel, seemingly surprised by the officers, made furtive movements near the porch area of unit #51. A subsequent search of the porch area recovered one 9mm firearm, 7.85 grams of methamphetamine packaged for sale in 4 separate baggies, and 7.16 grams of cocaine packaged for sale in 17 separate baggies. Coronel's involvement in drug trafficking is corroborated by Instagram messages. For example, on May 31, 2023, Coronel sent a picture of cocaine to SAP member Jesus Saldana and said, "the first rock is fire" and "750 zip [i.e., $750 per ounce]."

### 5.     *Coronel is involved in firearms trafficking*

Instagram messages also show Coronel's involvement in firearms trafficking. On September 27, 2023, in a conversation with SAP member Angel Hernandez, Hernandez asked if anyone knows someone

"selling a woo [i.e., firearm]," to which Coronel responded, "yea 900." Two weeks later, Hernandez asked, "ay who has candy [i.e., ammo] for 9," to which Coronel responded, "yea 25 a box." Hernandez asked, "fsho who has it," and Coronel responded "me." On October 16, 2023, in a conversation with an SAP associate, Coronel said, "wassup next body on you lol." The associate said, "been I need a banger [i.e., gun] for over here I been seeing hella." Coronel responded, "try and safe 350$ . . . I'll match you and will get a 9mm" and later "we have chito .45," referencing co-defendant Lorenzo Garcia's moniker.

6.      *No condition or combination of conditions can ensure the safety of the community*

Coronel has been involved in three murders in 2023 alone. In the murder on December 2, 2023, Coronel brags that he "certified chepe," indicating Coronel—despite his age—is respected and experienced enough to be able to certify others for membership in SAP. On top of that, Coronel is involved in witness intimidation, drug trafficking, and firearms trafficking. As such, considering the presumption in favor of his pretrial detention and his many acts of violence, the government submits that no condition or combination of conditions can reasonably assure the safety of any other person and the community.

## B.      Risk of Flight

Coronel faces a maximum sentence of life in prison, creating a strong incentive for him to flee. *See United States v. Gebro*, 948 F.2d 1118, 1122 (9th Cir. 1991) (strong evidence of guilt "makes it more likely that he will flee"). He cannot overcome the rebuttable presumption that no combination of conditions can ensure his return to court as ordered if he were to be released.

## V.      CONCLUSION

Given the lack of conditions that can reasonably assure the safety of the community, or ensure his appearance at future court hearings, the government respectfully requests that the defendant be detained pending trial.

DATED:  May 14, 2024                               Respectfully submitted,

                                                   ISMAIL J. RAMSEY
                                                   United States Attorney

                                                   _/s/_____
                                                   LEIF DAUTCH
                                                   GEORGE O. HAGEMAN
                                                   AMANI S. FLOYD
                                                   Assistant United States Attorneys

GOVERNMENT DETENTION MEMORANDUM        10
5:24-CR-00226-BLF-008