ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

LEIF DAUTCH (CABN 283975)
GEORGE O. HAGEMAN (CABN 332457)
AMANI S. FLOYD (CABN 301506)
Assistant United States Attorneys

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7534
      Fax: (415) 436-7234
      Leif.Dautch@usdoj.gov
      George.Hageman@usdoj.gov
      Amani.Floyd@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSE SALDANA aka "Chepe,"<br><br>    Defendant. | CASE NO. 5:24-CR-00226-BLF-011<br><br>UNITED STATES' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRETRIAL DETENTION<br><br>Date:    May 31, 2024 (Detention Hearing)<br>Time:    1:00 p.m.<br>Court:  Honorable Nathanael Cousins |

GOVERNMENT DETENTION MEMORANDUM
5:24-CR-00226-BLF-011

## I.    <u>INTRODUCTION</u>

In an indictment unsealed on May 2, 2024, the Grand Jury charged 11 members of the Salinas Acosta Plaza (SAP) Norteño criminal street gang with Racketeering Conspiracy in violation of 18 U.S.C. § 1962(d).  As outlined in the 37 overt acts listed in the indictment, the government alleges that this violent street gang is responsible for at least eight murders and ten attempted murders, as well as dozens of other shootings, robberies, and assaults.  The government also alleges that the gang is heavily involved in firearms trafficking, drug trafficking, and witness intimidation.  For years, the gang has occupied and terrorized a multi-family apartment complex in East Salinas.  Their victims have included women and children, unhoused residents of a nearby encampment, actual and perceived gang rivals, and those who attempted to leave the gang lifestyle behind them.

Defendant Jose Saldana should be detained pending trial based on his danger to the community and risk of flight.  *See* 18 U.S.C. § 3142(e)(1).  This memo begins with a brief overview of the charged criminal enterprise, but the bulk of the memo consists of a defendant-specific analysis of Jose Saldana's criminal conduct and the unmitigable risk he poses to the community, including his multiple acts of violence.  The government's allegations herein are supported by the Grand Jury's findings in the indictment, as well as an initial production of discovery that was provided to the defendant at his arraignment on May 2, 2024.

## II.    <u>LEGAL STANDARDS</u>

Under the Bail Reform Act of 1984, the Court must detain a defendant before trial without bail where "no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community."  18 U.S.C. § 3142(e)(1).  Detention is appropriate where a defendant is either a danger to the community or a flight risk; the government need not prove that both factors are present.  *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).  A defendant's danger to the community must be supported by clear and convincing evidence, but a defendant's flight risk need only be supported by a preponderance of the evidence.  *Id.*

"[T]he Bail Reform Act mandates an individualized evaluation guided by the factors articulated in [18 U.S.C.] § 3142(g)."  *United States v. Diaz-Hernandez*, 943 F.3d 1196, 1199 (9th Cir. 2019).  Those factors are: (i) the nature and circumstances of the offense charged; (ii) the weight of the evidence against

GOVERNMENT DETENTION MEMORANDUM          1
5:24-CR-00226-BLF-011

the defendant; (iii) the history and characteristics of the defendant, including the defendant's character, physical and mental condition, family and community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings, as well as whether the crime was committed while the defendant was on probation or parole; and (iv) the nature and seriousness of the danger to any person or to the community that would be posed by the defendant's release. *See* 18 U.S.C. § 3142(g); *United States v. Winsor*, 785 F.2d 755, 757 (9th Cir. 1986).

The rules of evidence do not apply at a detention hearing. 18 U.S.C. § 3142(f). It is well-settled that at a detention hearing, the government may present evidence by way of an evidentiary proffer sufficient to make the court aware of the defendant's role in the offense, the weight of the evidence, and other relevant factors. *See, e.g.*, *United States v. Salerno*, 481 U.S. 739, 743 (1987).

Where there is probable cause that a defendant has committed an offense for which a maximum of ten years in prison or more is prescribed in the Controlled Substances Act, courts apply a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety of the community. *See* 18 U.S.C. § 3142(e)(3)(A). Under this scheme, the burden of production shifts to the defendant. *United States v. Hir*, 517 F.3d 1081, 1086 (9th Cir. 2008). Even if the defendant rebuts the presumption, the presumption is not erased; instead, it remains in the case as an evidentiary finding militating against release that is to be weighted along with other relevant factors. *See id.* (citation omitted).

## III.    THE ENTERPRISE: SALINAS ACOSTA PLAZA NORTEÑOS

The criminal enterprise charged in the indictment is the Salinas Acosta Plaza (SAP) Norteño criminal street gang. Originating in the 1990's in the Acosta Plaza apartment complex in East Salinas, the gang has terrorized the families and individuals living in and around the complex, claiming the area as its home turf. Four of the charged defendants (Vasquez, Ramirez, Hernandez, and Alvarez) have served as the gang's "Channel," a liaison between the street gang and the incarcerated Nuestra Familia leadership that oversees Norteño street gangs throughout the Bay Area. These Channels collect gang dues, with which they purchase firearms and narcotics for the gang to sell, and either approve or ratify criminal activity like gang shootings. Many of these shootings are targeted at perceived rival Sureño gang

members, but SAP members have also killed non-affiliated members of the community, including unhoused people who reside in the undeveloped Carr Lake area adjacent to Acosta Plaza.

As alleged in the indictment, SAP gang members have engaged in the following categories of racketeering activities:   murders, attempted murders, murder solicitation, robbery, drug trafficking, firearms trafficking, and witness retaliation and intimidation.  Detailed here are just some of the violent crimes committed in recent years by SAP members against vulnerable members of the community:

### A.      Murder and Attempted Murder on May 1, 2020

On May 1, 2020, Salinas PD Officers were dispatched to three victims of a shooting in the homeless encampments near Carr Lake, just behind the Acosta Plaza complex.  One victim died on scene, and two additional victims survived.  The investigation revealed that approximately five subjects approached the victims and identified themselves as "Acosta Plaza," before two of the suspects shot the victims.  Salinas PD was able to identify one of the shooters as John Barriga, a documented SAP member.  One of the surviving victims picked Barriga out of a lineup and identified him as a shooter.  On August 23, 2022, Barriga pled guilty in state court to voluntary manslaughter with a gang allegation and was sentenced to 25 years in prison.  The additional suspects are still unidentified.

### B.      Murder and Attempted Murder on September 20, 2020

On September 20, 2020, Salinas PD Officers were dispatched to two victims of a shooting in the homeless encampments near Carr Lake, just behind the Acosta Plaza complex.  One victim was pronounced dead on scene, and one additional victim survived.  The surviving victim said that four individuals had approached, asked if he was in a gang, and ordered him to take off his shirt so they could check for gang tattoos.  After accusing the victim's tattoo of being gang-related, they marched the two victims at gunpoint to a different area and shot them both in the head.

### C.      Murder on March 23, 2021

On March 23, 2021, Salinas PD Officers were dispatched to a victim of a shooting in the homeless encampments near Carr Lake, just behind the Acosta Plaza complex.  The victim was pronounced dead on scene from multiple gunshot wounds to the chest.  Approximately 10 feet away from the victim's body, officers located a loaded magazine and several fired casings.  The investigation revealed that two suspects identified themselves as police and made the victim show them his tattoos prior to shooting him.  One

witness noted that the victim was not "allowed" in the area because he was previously a gang member in El Salvador (but no longer active). The magazine and fired cartridge casings were later processed for DNA. Two DNA profiles were located on unspent rounds inside of the magazine, and they matched those of SAP members Ivan Barriga (currently in state custody) and Salvador Mexicano (charged here).

**D.** **Attempted Murder on January 23, 2023**

On January 23, 2023, Salinas PD Officers were dispatched to a ShotSpotter activation showing 27 rounds fired in the area of 1041 Sieber Street, one block away from Acosta Plaza. Upon arrival, officers located two intended victims, both documented Sureño gang associates. Neither victim was hit by gunfire. The investigation revealed that the victims got into an argument with several males in a white BMW, and the BMW followed them to Sieber Street. Minutes later, two males approached Sieber Street, from the area of Acosta Plaza, yelled "Plaza boys" and opened fire, firing 31 rounds at the victims. The males then fled on foot, back towards Acosta Plaza. Salinas PD determined that the BMW mentioned was a white BMW associated with SAP members Jesus Saldana (currently in state custody facing a murder charge) and Jose Saldana (charged here).

**E.** **Attempted Murder on April 3, 2023**

On April 3, 2023, Salinas PD Officers were dispatched to a ShotSpotter activation of nine rounds at 1036 N. Sanborn Rd. Upon arrival, officers located three fired cartridge casings in the street, and observed eight bullet strikes to the apartment complex at 1036 N. Sanborn Rd. Officers canvassed the area for video and obtained video surveillance of a white BMW fleeing the scene just seconds after the shooting. The BMW's license plate matched that of a white BMW associated with SAP members Jesus Saldana (currently in state custody facing a murder charge) and Jose Saldana (charged here).

**F.** **Murder and Attempted Murder on May 20, 2023**

On May 20, 2023, Salinas PD Officers were dispatched to a ShotSpotter activation of 25 rounds of fully automatic gunfire near 824 Garner Avenue. Upon arrival, they found a deceased male victim suffering from multiple gunshot wounds, a surviving male victim shot twice, as well as a female victim in a nearby apartment hit by a stray bullet. The female victim was hit in the spine. Her six-year-old daughter provided minimal medical attention until she was able to be transported to the hospital. She survived but is paralyzed. Surveillance video showed SAP member Abel Perez's vehicle near the shooting, and two

shooters running near the shooting. Officers found two firearms, one of which was a Glock converted into a fully automatic firearm, hidden in an electrical box in Acosta Plaza. Also, in the box, was a black hat matching the hat worn by one of the shooters with Ivan Barriga's DNA on it. As law enforcement was securing and search the scene, Jose Saldana repeatedly loitered nearby, coming out of his house to purportedly take out the trash. Ultimately, both Barriga and Perez were later charged with homicide with gang enhancements.

### G.    Witness Intimidation from July 2023 to November 2023

On July 12, 2023, a Molotov cocktail was thrown into 914 Acosta Plaza #97 while the family was asleep. The family, not known to be affiliated with SAP, reported the incident to police and moved out soon after. Around August 11, 2023, while the same unit #97 was vacant, somebody broke into the unit and vandalized it with graffiti saying "rata" (i.e., rat), "SAP," and "snitch fat fuck." On November 13, 2023, Raul Coronel (charged here) got into an argument with the owner of unit #97 for attempting to have Coronel's car towed from unit #97's parking spot. In the course of the argument, Coronel threatened the man, making a statement implying that what happened to the unit in July might happen again.

   

### H.    Murder on December 31, 2023

On December 31, 2023, Salinas PD Officers responded to a ShotSpotter activation of six rounds fired near the intersection of Garner Avenue and Atlantic Street, near Acosta Plaza and in what SAP considers its gang territory. They found a man dying from gunshot wounds. Surveillance footage from a convenience store located between Acosta Plaza and the scene of the shooting showed two male subjects walking towards the scene of the shooting moments before. That same camera showed those same two male subjects running back in the opposite direction towards Acosta Plaza after the shooting. SPD recognized one of the male subjects as Jesus Saldana based on his distinctive mustache and by his distinctive sweatshirt which he had been seen wearing on other occasions.

GOVERNMENT DETENTION MEMORANDUM        5
5:24-CR-00226-BLF-011

## I.    Seizure of 97 Firearms on January 18, 2024

On January 18, 2024, Salinas PD Officers executed a search warrant at the home of SAP member Juan Perez at 918 Acosta Plaza #74.  Surveillance footage had shown suspected SAP members running to and from this apartment around the time of several recent shootings, leading law enforcement to believe that it was used by SAP in their violent activities.  Inside, officers found 97 handguns, shotguns, and rifles.



## IV.    ARGUMENT

Jose Saldana killed a man on December 2, 2023—listed in this indictment as the second special sentencing factor murder and thus making him eligible for life in prison.  He is also involved in drug trafficking and firearms trafficking, and has recent arrests for both.  He faces a rebuttable presumption in favor of detention based on his drug trafficking activity, and there is no condition or combination of conditions that can reasonably assure his appearance or the safety of the community.

### A.    Danger to the Community

#### 1.    *Saldana has a strong association with SAP*

Saldana is a longtime associate and now a certified member of SAP.  He has "E" and "S" tattoos on his legs, signifying "East" and "Salinas."  His Instagram handle (esj93905) is a reference to his initials and the zip code where Acosta Plaza is located.  On that Instagram, he can be seen flashing "P" gang signs (for Plaza), wearing SAP paraphernalia like an Atlanta Braves hat with the letter "A" (for Acosta), and associating with other SAP members like co-defendants Salvador Mexicano and Jose Mexicano.  A message from co-defendant Raul Coronel on Instagram, described below, indicates that he (Coronel)

GOVERNMENT DETENTION MEMORANDUM        6
5:24-CR-00226-BLF-011

"certified Chepe" (Saldana's gang moniker) for the murder on December 2, 2023. Because of that murder, Saldana is now a fully certified member of the gang.



### 2.    *Saldana is charged with murdering a Norteño dropout on December 2, 2023*

On December 2, 2023, Salinas PD Officers were dispatched to a ShotSpotter activation showing six rounds fired at 914 Acosta Plaza. Upon arrival, they located a 32 year-old Norteño dropout who had been in the area delivering furniture, despite prior warnings to stay away from known Norteño territory. He was deceased from multiple gunshot wounds. Surveillance video from that afternoon shows a white BMW (associated with Jose Saldana and his brother, Jesus Saldana) and a silver Ford (associated with co-defendant Coronel) arriving back at Acosta Plaza at approximately the same time. Both Jose Saldana and Coronel attend school in Sacramento, and both GPS phone data and license plate readers are consistent with their travel from Sacramento that day. In the surveillance video, Coronel's vehicle can be seen stopping in the roadway approximately 10-20 yards from where the victim was unloading furniture. One of the Saldana brothers approaches Coronel's vehicle and leans in to talk to the driver. The other brother loiters near where the victim was, and then approaches Coronel's vehicle. The first male (believed to be Jesus Saldana) then enters Coronel's vehicle, while the second male (Jose Saldana) walks back towards the area of the Saldana apartment. About 10 minutes later, the shooter leaves the area of the Saldana

GOVERNMENT DETENTION MEMORANDUM        7
5:24-CR-00226-BLF-011

apartment, walks toward the area where the victim is, loiters briefly, and then darts just off screen. Six gunshots can then be heard, causing children who were playing soccer nearby to scatter.

GPS phone data shows Coronel and both Saldanas in the area of the shooting at the time that it occurred. Phone records show Juan Perez—the resident of the unit where 97 firearms were found one month later—called Coronel four minutes after the shooting. Phone records show that Coronel then called Jose Saldana fourteen minutes after the shooting. Additionally, phone records show that then-channel and co-defendant Juan Alvarez calling Coronel 40 minutes after the shooting.

Within SAP, one is not officially a member of the gang until they are "certified"—that is, until a more senior member of the gang vouches that he successfully completed a requisite act of violence (traditionally a murder or attempted murder). That is one reason why gang shootings oftentimes involve multiple gang members so that one can witness and vouch for the other as they try to "come up" in the gang. In an Instagram conversation between SAP member Angel Hernandez (younger brother of co-defendant Sergio Hernandez) and Coronel less than 30 minutes after the shooting, Hernandez sent a video of police officers at the scene. Coronel responded, "certified chepe," a reference to Jose Saldana's "chepe" moniker. This indicates that Coronel, who was already a certified SAP gang member based on his own acts of violence, was vouching for Jose Saldana's responsibility for the murder, which elevated his status to that of a certified SAP member. Hernandez responded, "nah" and "ur lying." Coronel responded, "I'm fr [i.e., for real]." An Instagram conversation between Jose Saldana and another individual on December 29, 2023, shows that Jose Saldana claiming that he "got the body's."

### 3. *Saldana has possible connections to two other recent shootings*

Jose Saldana appears at least tangentially connected to at least two other SAP shootings listed above. On May 20, 2023, Jose Saldana was seen near the area of a murder committed by SAP members as law enforcement searched for the gun used in the homicide. SAP members Ivan Barriga and Abel Perez have been charged in state court for that murder. On the night of December 30-31, 2023, camera footage shows Jose Saldana's brother, Jesus, and another male subject walking towards the scene of a murder, and then running back in the opposite direction. Earlier that day, Jose Saldana was seen entering the residence at 914 Acosta Plaza #74, where law enforcement would recover 97 firearms a few weeks later. Jose's brother has been charged in state court for that murder.

GOVERNMENT DETENTION MEMORANDUM          8
5:24-CR-00226-BLF-011

#### 4.    *Saldana is involved in firearms trafficking*

Saldana's Instagram contains numerous conversations involving firearms trafficking. On July 21, 2022, Jose Saldana reaches out to iscbndz, asks if "u still got ur 19" (i.e., a Glock 19 handgun), and later says "cause I got a g 27 original 40 I wanna trade" (i.e., a Glock 27). On August 29, 2022, he tells SAP member Ivan Barriga that he has "the 9" (i.e., the 9mm handgun) that another person had just dropped off. On November 5, 2022, SAP member Marco Sanchez sends pictures of a compact Taurus Millenium G2 handgun and a full-size Smith & Wesson .40 caliber handgun to Jose Saldana and asks him if "you have candies for a 40" (note: "candies" is slang for ammunition); Saldana responds "yup."

The Instagram conversations are not just talk. On December 5, 2022, Salinas PD Officers contacted a group of SAP members and associates including Jose Saldana congregating near 914 Acosta Plaza #100. Officers searched and then arrested Saldana after finding a loaded .40 caliber firearm in his waistband. He was subsequently arrested for carrying a loaded firearm as a gang member and as someone other than the registered owner.

#### 5.    *Saldana is involved in drug trafficking*

On January 29, 2023, Salinas PD officers executed a search warrant at the home of Jose Saldana and his brother Jesus Saldana. They found various drugs and drug paraphernalia in the bedroom shared by both brothers. In the nightstand, they found three small plastic baggies containing suspected cocaine (1.22 grams total), four small plastic baggies containing suspected methamphetamine (4.4 grams total), and a brown wallet with Jesus Saldana's ID card. On the dresser next to the nightstand was a digital scale with white residue. In a dresser in the closet, they found one bag containing suspected cocaine (38.8 grams total), one bag containing suspected M30 pills (69 pills), several empty baggies, and a school record sheet with Jose Saldana's name on it. Jose Saldana denied using cocaine. He was subsequently arrested for possessing narcotics for sale, and for failing to obey the order of juvenile court.

#### 6.    *No condition or combination of conditions can ensure the safety of the community*

The government alleges, and the Grand Jury found probable cause, that Saldana killed a man on December 2, 2023, in order to become a "certified" member of SAP. This was part of a spate of recent violence in which Saldana just happened to be in the immediate area near the time of the killings. He has also been arrested for illegal firearms possession in December 2022, and for possession of drugs with

GOVERNMENT DETENTION MEMORANDUM        9
5:24-CR-00226-BLF-011

intent to sell in January 2023.  As such, considering the presumption in favor of his pretrial detention and his role in a recent murder, the government submits that no condition or combination of conditions can reasonably assure the safety of any other person and the community.

### B.    Risk of Flight

Saldana also shows an awareness and desire to avoid tracking.  For example, on September 23, 2022, another SAP associate sends Saldana an Instagram message saying "have you heard anything" on the same day that their mutual friend and SAP associate was shot; Saldana responds, "ay wey don't txt abt this come to hood but I heard the homie is ok."  In this incident, one witness observed the male driver of a white BMW sedan pull up, get out of the car, and usher two other males into his car; before driving off, one of the males yelled, "I got shot in the waist."

Saldana faces a maximum sentence of life in prison, creating a strong incentive for him to flee. *See United States v. Gebro*, 948 F.2d 1118, 1122 (9th Cir. 1991) (strong evidence of guilt "makes it more likely that he will flee").  He cannot overcome the rebuttable presumption that no combination of conditions can ensure his return to court as ordered if he were to be released.

## V.    CONCLUSION

Given the lack of conditions that can reasonably assure the safety of the community, or ensure his appearance at future court hearings, the government respectfully requests that the defendant be detained pending trial.

DATED:  May 29, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 */s/*
LEIF DAUTCH
GEORGE O. HAGEMAN
AMANI S. FLOYD
Assistant United States Attorneys